# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA CHRISTINE RILEY,<br><br>Defendant. | Case No.  21-cr-00004-BLF-1<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**<br><br>[Re:  ECF 38, 40] |

The Court has reviewed Defendant's administrative motion to file her sentencing memorandum under seal (ECF 38), and the Government's response thereto (ECF 40).  The Court agrees with the Government that Defendant's sealing motion is overly broad.  Defendant's motion to file her sentencing memorandum under seal is DENIED WITHOUT PREJUDICE to submission of a renewed motion that is narrowly tailored to seal only sensitive, personal, and confidential information.

Defendant's administrative motion and attached documents (ECF 38), and the Government's response (ECF 40), were filed under seal and shall remain sealed.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge