JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor, Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:     (408) 291-7753
Facsimile:     (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant
AMANDA RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA RILEY,<br><br>Defendant. | Case No. CR 21–4 BLF<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE; [PROPOSED] ORDER** |

On May 3, 2022, the Court sentenced Ms. Riley to 60 months custody, and ordered that she self-surrender to the BOP on August 2, 2022. Ms. Riley, by and through counsel, respectfully requests that the Court order that her self-surrender date be extended until September 3, 2022. The reasons for the request are set forth below.

Ms. Riley's two elementary school-aged children are currently on summer break, and are scheduled to return to school on August 18, 2022. Ms. Riley is their primary caretaker. Ms. Riley and her husband do not have family who resides locally in Austin, Texas, such that they can affordably arrange for child care in the time between her surrender date and the start of school, without her

1  husband having to take time off work.
2      In addition, it is anticipated that her children's school will hold a meeting in the first two weeks
3  of the school year for parents and teachers to discuss the children's lesson plans for the upcoming
4  school year. Being that she is the children's primary caretaker, Ms. Riley would like to participate in
5  that meeting, and ensure a smooth transition for her children for the new school year.
6      Undersigned counsel has discussed the instant request with Pretrial Services and the
7  Government. Neither Pretrial Services, nor the Government, object to this request.
8      For the foregoing reasons, Ms. Riley respectfully requests the Court order her surrender date be
9  extended until September 3, 2022.

            DATED: July 1, 2022                    Respectfully submitted,

                                                   JODI H. LINKER
                                                   Federal Public Defender
                                                   Northern District of California

                                                   /s/ Dejan M. Gantar
                                                   DEJAN M. GANTAR
                                                   Assistant Federal Public Defender

**[PROPOSED] ORDER**

For the reasons set forth in Defendant's Unopposed Motion, and for good cause shown, the Court hereby GRANTS the Defendant's request to extend the surrender date until September 3, 2022.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE