JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA RILEY,<br><br>Defendant. | **Case No.:** 21-CR-4 BLF<br><br>**DEFENDANT'S MOTION AND [PROPOSED] ORDER RE: MODIFICATION OF BRIEFING SCHEDULE FOR SENTENCE REDUCTION MOTION** |

    On February 22, 2024, pursuant to the parties' stipulation, the Court set a briefing schedule for Ms. Riley's motion for sentence reduction under 18 U.S.C. § 3582(c)(1) & (2). Ms. Riley's motion is currently scheduled to be filed today, April 1, 2024.

    Ms. Riley now respectfully moves the Court for an adjustment of the briefing schedule, as set forth below. To date, the Government has produced to the defense over 3,000 pages of Ms. Riley's BOP records, in anticipation of Ms. Riley's forthcoming motion for a sentence reduction. The most recent productions were disclosed on March 4 and March 21, 2024.

    The basis for the instant request is that the defense requires additional BOP records that it

1  believes are material to Ms. Riley's forthcoming motion. The defense has submitted to the Government
2  a supplemental discovery request, which is pending. The defense anticipates, given the nature of the
3  records requested, the Government will be able to provide these materials shortly. As such, Ms. Riley
4  respectfully requests the Court extend the briefing schedule by one week, as set forth below:

5      April 8, 2024:    Motion
6      May 6, 2024    Response
7      May 20, 2024:    Reply

8      Undersigned defense counsel contacted the assigned AUSA over the weekend regarding the
9  Government's position regarding this request. At the time of this motion, the defense has not yet
10 received a response.

12 Dated:  April 1, 2024        Respectfully submitted,

13     JODI LINKER
    Federal Public Defender
14     Northern District of California

15     /S/
16     DEJAN M. GANTAR
    Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to the Defendant's motion, and for good cause shown, the Court HEREBY ORDERS that:

Defendant's motion for sentence reduction is due April 8, 2024; the Government's response is due May 6, 2024; the Defendant's reply is due May 20, 2024.

**IT IS SO ORDERED.**

DATED: _____

                                              THE HONORABLE BETH L. FREEMAN
                                              UNITED STATES DISTRICT JUDGE