ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone:    (408) 535-5040
    Facsimile:    (408) 535-5081
    Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 5:21-CR-00004-BLF |
|---|---|
| Plaintiff, | UNITED STATES' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO MODIFY BRIEFING SCHEDULE |
| v. | |
| AMANDA CHRISTINE RILEY, | |
| Defendant. | |

    The United States of America ("United States") hereby respectfully informs the Court that it does not oppose the relief requested in Defendant's Motion to Modify Briefing Schedule for Sentence Reduction Motion, filed on April 1, 2024 (Doc. No. 60).

Dated: April 8, 2024

    Respectfully submitted,

    ISMAIL J. RAMSEY
    United States Attorney

    <u>s/ Michael G. Pitman</u>
    MICHAEL G. PITMAN
    Assistant United States Attorney