JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
MARA K. GOLDMAN, Bar No. 181791
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Mara_Goldman@fd.org

Counsel for Defendant RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA RILEY,<br><br>Defendant. | Case No. CR 21–00004 BLF<br><br>**DEFENDANT'S STATEMENT OF GOOD CAUSE IN SUPPORT OF GOVERNMENT'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS; DECLARATION IN SUPPORT THEREOF** |

I, Mara K. Goldman, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Amanda Riley in the above-captioned case.

2. On May 6, 2024, the government filed an Administrative Motion to Seal Exhibits to United States' Opposition to Defendant's Motion for Sentence Reduction and [Proposed] Order. The government moved the Court to seal government exhibits 2-16. In its motion, the government indicated that it believes the exhibits should be available to the public. Because the exhibits contain

1  Ms. Riley's medical information, however, the government requested that the exhibits be temporarily
2  sealed to give the defense an opportunity to state good cause for sealing under Crim. L.R. 56-1(c).

3      3.    This Court has the authority to order documents filed under seal. *See* Crim. L.R. 56-1;
4  *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search*
5  *Warrants*, 600 F.2d 1256, 1257-58 (9th Cir. 1979). While there is a presemption in favor of public
6  access to court documents, "[n]umerous courts have found that individual privacy rights in personal
7  identifying information and health records outweigh [that] presumption." *Hernandez v. County of*
8  *Monterey*, No. 13-cv-02354-BLF, 2023 WL 4688522, *4 (N.D. Cal. July 21, 2023) (citations
9  omitted). *See, e.g., United States v. Jones*, 482 F. Supp. 3d 969, 982 (N.D. Cal. 2020) (BOP medical
10 records submitted in support of compassionate release motion filed under seal).

11     4.    Government Exhibits 2-15 contain highly sensitive and confidential information
12 concerning Ms. Riley's medical conditions and treatment. For this reason, Ms. Riley respectfully
13 submits that good cause exists and requests that these documents remain <u>under seal</u>.

14     5.    Government Exhibit 16, however, does not contain sensitive and confidential medical
15 information. Accordingly, Ms. Riley does not oppose the government's request to unseal Exhibit 16.

16     6.    For the reasons set forth above, Ms. Riley respectfully requests that Exhibits 1 through
17 15 remain under seal.

18 I declare under penalty of perjury that the foregoing is true and correct, except for those matters
19 stated on information and belief, and as to those matters, I am informed and believe them to be true.
20 Executed this 7th day of May, 2024, at San Jose, California.

21 Dated:     May 7, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender

        /S
MARA K. GOLDMAN
Assistant Federal Public Defender